UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __25-mj-03797-Sanchez__

UNITED STATES OF AMERICA

v.

CAMILO CRUZ,
      a/k/a "Eddie Llanos Ortega,"

Defendant.

_____/

FILED BY___CB___D.C.

Sep 17, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    _/s/Melissa Roca Shaw_____
MELISSA ROCA SHAW
Special Assistant United States Attorney
FL Bar No. 99628
99 N.E. 4th Street
Miami, FL 33132
Tel. No. (786) 920-7004
E-mail: Melissa.Shaw@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CAMILO CRUZ, | ) | Case No.   25-mj-03797-Sanchez |
| a/k/a "Eddie Llanos Ortega," | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant.* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____Setpember 14, 2025_____ in the county of _____Miami-Dade_____ in the

_____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(a) | Improper entry into the United States by an Alien. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____Lyman Rickman, Special Agent HSI_____
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by _Face Time_

Date: _September 17, 2025_

_____
*Judge's signature*

City and state: _____Miami, Florida_____

Honorable Eduardo I. Sanchez, United States Magistrate Judge
*Printed name and title*

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lyman Rickman, being duly sworn, do hereby depose and state the following:

### INTRODUCTION

1.      I am employed as a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), in Miami, Florida, and have been so employed since March 2023.  I am currently assigned to the Human Smuggling Group where I am responsible for investigating matters within the jurisdiction of the United States Department of Homeland Security, including violations of the immigration and customs laws of the United States. Prior to my time as a Special Agent, I obtained a bachelor's degree in political science and geography and master's degree in international political theory, served in the United States Marine Corps, and worked in the Intelligence Community. I completed the Criminal Investigator Training Program and HSI Special Agent Training Program at the Federal Law Enforcement Training Center regarding proper investigative techniques, including the application for and execution of search, arrest, and seizure warrants, for violations of federal laws.

2.      This Affidavit is submitted in support of a criminal complaint charging **Camilo CRUZ** ("CRUZ") with improper entry into the United States by an alien, in violation of Title 8, United States Code, Section 1325.

3.      The statements contained in this Affidavit are based on my personal knowledge, as well as information provided to me by other law enforcement officials and witnesses involved in this investigation. I have not included in this Affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against CRUZ for the above-described criminal violation.

1

## PROBABLE CAUSE

4.      On or about September 14, 2025, at approximately 7:36 PM, a United States Coast Guard (USCG) law enforcement vessel interdicted an approximately thirty-one-foot white Stamas vessel bearing Florida registration number FL4030TG with twin Suzuki 250 engines (hereinafter referred to as the "SUSPECT VESSEL"). The SUSPECT VESSEL was travelling within the territorial waters of the United States, approximately $1/8^{th}$ of a mile west of the entrance to the Miami River. Earlier in the evening, a law enforcement aircraft spotted the SUSPECT VESSEL travelling westwards towards the United States from the Bahamas. The USCG law enforcement vessel illuminated its law enforcement lights and signaled for the SUSPECT VESSEL to heave to, meaning to stop. Visible at the helm, an adult male in a black long-sleeve Glock-branded hoodie, later identified as Dariel Perez Cespedes, was operating the SUSPECT VESSEL.

5.      The SUSPECT VESSEL complied with law enforcement commands to heave to. USCG law enforcement boarded the SUSPECT VESSEL and conducted a safety inspection. Perez Cespedes informed law enforcement that he had a firearm onboard the SUSPECT VESSEL. Law enforcement found a Glock bearing serial number CGL616 with a City of Miami Police Department logo and the name of an individual not present on scene engraved into it. The Glock was located on the console of the SUSPECT VESSEL within arm's reach of Perez Cespedes. Perez Cespedes stated that the people onboard were his friends and that he had operated the SUSPECT VESSEL in waters in and around Miami, Florida, for the entire day. Law enforcement asked Perez Cespedes how many people were onboard the SUSPECT VESSEL. Law enforcement officers stated Perez Cespedes claimed there were nine persons onboard. Law enforcement entered the cabin area of the SUSPECT VESSEL and found an additional six persons onboard. In total, law enforcement encountered fifteen (15) persons onboard the SUSPECT VESSEL.

2

6.     Law enforcement determined that thirteen (13) of the persons onboard the SUSPECT VESSEL were foreign nationals: six (6) from the Dominican Republic and seven (7) from Ecuador. Law enforcement determined that all thirteen (13) of the foreign nationals were illegal aliens and without documents or papers which would allow them to enter or remain in the United States.

7.     Law enforcement determined that the two remaining persons onboard the SUSPECT VESSEL, including Perez Cespedes were United States Citizens.

8.     Law enforcement transported all persons onboard the SUSPECT VESSEL to Coast Guard Base Miami. Law enforcement further transported the thirteen (13) illegal aliens to the United States Coast Guard Cutter (USCGC) ROLLIN FRITCH for biometric identification.

9.     Homeland Security Investigations (HSI) Special Agents (SA) responded Coast Guard Base Miami to begin the investigation. Law enforcement conducted a border search of the SUSPECT VESSEL and found a GPS system onboard. Law enforcement found historical GPS tracks showing that the SUSPECT VESSEL came into the United States from Bimini, Bahamas, in the time immediately preceding the law enforcement interdiction of the SUSPECT VESSEL.

10.    Among the illegal aliens was CRUZ. CRUZ is a citizen and national of the Dominican Republic and did not possess any documents or papers which would allow him to enter or remain in the United States. Law enforcement database checks confirmed that CRUZ did not have permission to enter the United States. Law enforcement collected biometric information (fingerprints) from CRUZ, which confirmed his identity.

11.    At the time of the interdiction, CRUZ had in his possession a Florida driver's license bearing his picture, with the name "Eddie Llanos Ortega". CRUZ presented himself to law

3

enforcement as United States Citizen and provided the Florida driver's license the law enforcement.

12.     Based on the foregoing facts, your affiant respectfully submits that there is probable cause to believe that CRUZ is an alien and improperly entered the United States without authorization, in violation of Title 8, United States Code, Section 1325(a).

FURTHER AFFIANT SAYETH NAUGHT.

LYMAN A. RICKMAN
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this _17th_ day of September 2025.

HONORABLE EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUFGE

4